CAO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

Case: 1:22-mj-00099
Assigned to: Judge Meriweather, Robin M.
Assign Date: 5/5/2022
Description: ARREST RULE(5)

United States of America

v.

Case No. 22-M- 5027

**BRANDIE S. WILLIAMS and BRITTANY L. HERBERT**

*Defendants*

## CRIMINAL COMPLAINT

I, the affiant in this case, state that the following is true to the best of my knowledge and belief.

### Count One
Conspiracy to Commit Bank Fraud

From at least in and around May 2020 through at least in and around June 2021, in the Western District of New York and elsewhere, the defendants,

**BRANDIE S. WILLIAMS and BRITTANY L. HERBERT,**

knowingly and willfully, and with intent to defraud, conspired and agreed together and with others known and unknown, to execute and attempt to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities, and other property owned by, and under the custody and control of, a financial institution, by means of materially false and fraudulent pretenses, representations, and promises.

In violation of Title 18, United States Code, Section 1349.

### Count Two
Bank Fraud

On or about the date set forth below, in the Western District of New York and elsewhere, the defendants,

**BRANDIE S. WILLIAMS and BRITTANY L. HERBERT,**

together with others known and unknown, knowingly, and with intent to defraud, executed and attempted to execute a scheme and artifice to obtain moneys, funds, credits, assets, securities, and other property

owned by, and under the custody and control of, a financial institution, by means of materially false and fraudulent pretenses, representations, and promises.

| Count | Approximate Date | Description of Execution |
|---|---|---|
| 2 | August 13, 2020 | The submission from within the Western District of New York of an electronically signed Paycheck Protection Program loan agreement for a business controlled by a co-conspirator, ADA Auto Group LLC, to Bank-1. |

In violation of Title 18, United States Code, Sections 1344(2).

This Criminal Complaint is based on these facts:

Continued on the attached sheet.

*Affiant's signature*

CHAD W. ARTRIP
Special Agent
Federal Bureau of Investigation
*Printed name and title*

Sworn to and signed telephonically.

Date: May 3, 2022

*Judge's signature*

HONORABLE MICHAEL J. ROEMER
United States Magistrate Judge
*Printed name and title*

City and State: Buffalo, New York

# AFFIDAVIT

STATE OF NEW YORK  )
COUNTY OF ERIE     )   SS:
CITY OF BUFFALO    )

Chad W. Artrip, being duly sworn, deposes and says:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"). I am currently assigned to the FBI's Buffalo Division, Jamestown Resident Agency. This affidavit is based upon your affiant's personal knowledge, information provided by other law enforcement personnel, and evidence obtained during this investigation. Because this affidavit is submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only the facts that I believe are necessary to establish probable cause. Unless specifically indicated, all dates described in this affidavit are approximate and inclusive, and all statements or representations described in this affidavit are related in substance and in part.

2. I respectfully submit this affidavit in support of a Criminal Complaint charging **BRANDIE S. WILLIAMS** and **BRITTANY L. HERBERT** and with violations of Title 18, United States Code, Section 1349 (Conspiracy to Commit Bank Fraud) and Title 18, United States Code, Section 1344 (Bank Fraud) (collectively, the "Enumerated Offenses"), and respectfully request that the Court issue arrest warrants for these individuals.

## Overview

3. From at least in and around May 2020 through at least in and around June 2021, Brandie S. Williams ("WILLIAMS") and Brittany L. Herbert ("HERBERT"), together with separately charged co-conspirators Adam D. Arena ("Arena") and Amanda J. Gloria ("Gloria"), and others, acted together to fraudulently obtain and misuse multiple COVID-19 emergency relief loans in the Western District of New York and elsewhere, including as follows:

*First*, beginning in and around May 2020, WILLIAMS, HERBERT, and Gloria worked together from outside the Western District of New York to fraudulently obtain a loan for approximately $290,000 for WILLIAMS's business, Beyond the Next Level, Inc. ("Beyond the Next Level").

*Second*, beginning in and around May 2020, WILLIAMS, HERBERT, Gloria, and Arena worked together in the Western District of New York and elsewhere to fraudulently obtain a loan for approximately $954,000 for Arena's business, ADA Auto Group.

*Third*, WILLIAMS, HERBERT, and Gloria worked together in the Western District of New York and elsewhere to fraudulently obtain at least 42 additional loans for entities owned by other individuals. In connection with this conduct, HERBERT and Gloria personally received at least approximately $383,000.

## Background

*The Paycheck Protection Program*

4. The Coronavirus Aid, Relief, and Economic Security ("CARES") Act was a federal law enacted in and around March 2020 to provide emergency financial assistance to

Americans suffering economic harm related to the COVID-19 pandemic. One form of relief provided by the CARES Act was the authorization of forgivable loans to small businesses for job retention and certain other expenses, through a program called the Paycheck Protection Program ("PPP").

5. To obtain a PPP loan, a qualifying business was required to submit a loan application signed by an authorized representative of the business. The loan application required the authorized representative to acknowledge the PPP rules and make certain affirmative certifications in order to be eligible to obtain the loan. In the loan application, the authorized representative was required to state, among other things, its: (a) average monthly payroll expenses; and (b) number of employees. These figures were used to calculate the amount of money the business was eligible to receive under the PPP. In addition, businesses applying for a PPP loan were required to provide documentation showing payroll expenses. To qualify for a PPP loan, every application was also required to certify that the business seeking the loan "was in operation on February 15, 2020 and had employees for whom it paid salaries and payroll taxes or paid independent contractors, as reported on Form(s) 1099-MISC."

6. A PPP loan application was processed by a financial institution serving as a participating lender. If an application was approved, the participating lender funded the loan using its own money, which was one hundred percent guaranteed by a United States federal agency called the U.S. Small Business Administration ("SBA"). Data from the application, including information about the business, the total amount of the loan, and the listed number of employees, was transmitted by the lender to the SBA in the course of processing the loan.

7. PPP loans were required to be used only on certain permissible business-related expenses, including payroll costs, mortgage interest, rent, and utilities. Under the applicable PPP rules, the interest and principal on the loan were eligible for forgiveness if the business used the loan on these items within a designated period of time and used at least a certain portion of the loan towards payroll expenses.

*Relevant Persons and Related Entities*

8. WILLIAMS was a resident of Texas. WILLIAMS owned and controlled Beyond the Next Level, a Texas-based business.

9. HERBERT was a resident of Maryland. HERBERT owned and controlled CKC Financial Services LLC ("CKC Financial Services"), a Maryland-based business.

10. Arena was a resident of New York. Arena owned and controlled ADA Auto Group, a Florida-based business.

11. Gloria was a resident of Oklahoma. Gloria owned and controlled WildWest Trucking LLC ("WildWest Trucking"), an Oklahoma-based business.

12. Gloria and Arena each previously waived indictment and entered pleas of guilty to violations of Title 18, United States Code, Section 1349 (Conspiracy to Commit Bank Fraud), and Title 18, United States Code, Section 1957 (Engaging in Monetary Transactions with Criminally Derived Proceeds), in connection with submitting fraudulent PPP loans applications on behalf of their own businesses, as well as Gloria's submission, and assistance with the submission, of additional fraudulent PPP applications to financial and other lending institutions, including PPP applications for Beyond the Next Level and CKC Financial Services. *See* Case No. 21-CR-168 (Arena); Case No. 22-CR-38 (Gloria).

*Relevant Banks*

13.  Bank-1 was a financial institution as that term is defined under 18 U.S.C. § 20 and 31 U.S.C. § 5312, and a PPP participating lender with a branch in Minnesota.

14.  Bank-2 was a financial institution as that term is defined under 18 U.S.C. § 20 and 31 U.S.C. § 5312, with a branch in Florida where ADA Auto Group held a business account.

15.  Bank-3 was a financial institution as that term is defined under 18 U.S.C. § 20 and 31 U.S.C. § 5312, with a branch in Texas where Beyond the Next Level held a business account.

16.  Bank-4 was a financial institution as that term is defined under 18 U.S.C. § 20 and 31 U.S.C. § 5312, and a PPP participating lender with a branch in Georgia.

17.  Bank-5 was a financial institution as that term is defined under 18 U.S.C. § 20 and 31 U.S.C. § 5312, with a branch in Maryland where CKC Financial Services held a business account.

### The Conspiracy and Scheme to Defraud

*Beyond the Next Level PPP Loan*

18.  Based on your affiant's review of evidence obtained in this investigation, including the following communications, your affiant has reason to believe that WILLIAMS, HERBERT, and Gloria fraudulently obtained a PPP loan for WILLIAMS's business, Beyond the Next Level, beginning in and around May 2020.

19.  On or about May 19, 2020, Gloria emailed HERBERT with the subject line "Brandi Williams/ Amanda Client." In the body of the email, Gloria stated that "[s]he needs between $200k to $300k" and provided details about Beyond the Next Level, including a

business address, Employer Identification Number ("EIN"), start date, phone number and email address, WILLIAMS's name and home address, date of birth, social security number, and contact information. Gloria further stated, "She does not have employees so has to be started from scratch. If you need anything else let me know."

20. On or about May 22, 2020, Gloria emailed HERBERT with the subject line "Call" and wrote in the body of the email, "Brandi company [sic] is an accounting and bookkeeping company. Do you think 25 employees are too many???"

21. On or about May 23, 2020, Gloria emailed HERBERT with the subject line "Brandi W3." In the body of the email, Gloria wrote, "Here is are [sic] W3. It scanned as an image. I will try and work with it to scan as document. This should work to put it in." Attached to the email was an image file purporting to be a 2019 Form W-3 reflecting that Beyond the Next Level paid approximately $1.4 million in wages, tips, and other compensation to 25 employees receiving Wage and Tax Statements (Form W-2).

22. On or about May 24, 2020, WILLIAMS emailed Gloria attaching numerous business documents and bank records for Beyond the Next Level, including: (1) a copy of the signature card for Beyond the Next Level's business account at Bank-3 listing WILLIAMS as the authorized signatory; (2) a document of the Texas Office of the Secretary of State certifying business records for Beyond the Next Level; and (3) a picture of WILLIAMS's Texas driver's license. Within approximately an hour, Gloria forwarded WILLIAMS's email and attachments to HERBERT.

23. Also on or about May 24, 2020, a PPP loan application for Beyond the Next Level seeking $292,708 was submitted to Bank-4. The application was submitted by an individual using an IP address assigned in the Maryland area. This same IP address was used

routinely during 2020 and 2021 to log into two email accounts believed to be controlled by HERBERT. In support of the application, the above-mentioned documents were included, namely: (1) the purported 2019 Form W-3 for Beyond the Next Level; (2) the document of the Texas Office of the Secretary of State certifying business records for Beyond the Next Level; and (3) the picture of WILLIAMS's Texas driver's license. The application also claimed that Beyond the Next Level had 25 employees.

24. On or about May 25, 2020, Bank-4 emailed WILLIAMS and wrote that the business bank account for Beyond the Next Level at Bank-3 was "successfully connected" to the loan application. On or about that same day, WILLIAMS forwarded the confirmation email to Gloria.

25. On or about May 26, 2020, an electronic signature purporting to be WILLIAMS's signature was applied to the PPP loan application for Beyond the Next Level, the Resolution to Borrow with Bank-4, and the Loan Note with Bank-4.

26. On or about June 1, 2020, Bank-4 transferred approximately $292,708 into Beyond the Next Level's business account at Bank-3. Prior to the transaction, Beyond the Next Level's business account at Bank-3 had a balance of approximately $4,000. After the PPP loan proceeds were transferred to this account, WILLIAMS did not use the funds for legitimate business-related purposes. Between on or about June 2 and June 4, 2020, WILLIAMS conducted at least three wire transfers from Beyond the Next Level's business account at Bank-3 to Gloria:

- a transaction for $5,000 to a bank account in the name of one of Gloria's two daughters;

- a transaction for $5,000 to a bank account in the name of Gloria's other daughter, and;

- a transaction for $11,953.10 to a business account for WildWest Trucking.

27. WILLIAMS also conducted a wire transfer for $21,953.10 from Beyond the Next Level's business account at Bank-3 to CKC Financial Services' business account at Bank-5 controlled by HERBERT.

*ADA Auto Group PPP Loan*

28. In and around May 2020, from within the Western District of New York, Arena reinstated his previously inactive business, ADA Auto Group, which had been inactive since in and around 2018. Similarly, in and around May 2020, Gloria reinstated her previously inactive business, WildWest Trucking, which had been inactive since in and around 2017.

29. On or about July 25, 2020, Gloria emailed WILLIAMS. In the email, Gloria attached a document purporting to be a tax form for ADA Auto Group and wrote, "941 and 940," which your affiant has reason to believe is an employer's quarterly federal tax return (Form 941) and an employer's federal unemployment tax return (Form 940), respectively.

30. On or about July 27, 2020, WILLIAMS responded to Gloria and attached four documents purporting to be ADA Auto Group's 2019 quarterly Form 941 filings, and a document purporting to be ADA Auto Group's 2019 Form 940 filing. All of these purported filings were false and fraudulent because ADA Auto Group was not operating in 2019, and was not reinstated until in and around May 2020.

31. Later on or about that same day, using an email address known to your affiant to be affiliated with Gloria, Gloria emailed a PPP loan application to Bank-1 seeking an approximately $954,000 PPP loan for ADA Auto Group (the "Application"). Among other contact information, the Application named Arena as the contact name, and listed

"arenaadam@yahoo.com" as the contact email address. Among other supporting documentation, the Application included the four materially false and fraudulent documents from WILLIAMS purporting to be ADA Auto Group's 2019 quarterly Form 941 filings, and the materially false and fraudulent document prepared by WILLIAMS purporting to be ADA Auto Group's 2019 Form 940 filing. Among other certifications, the Application falsely and fraudulently certified that ADA Auto Group had been in operation on February 15, 2020, and further certified that the loan would be used for business-related purposes, and that if it were used for "unauthorized purposes, the federal government may hold me legally liable, such as for charges of fraud."

32. On or about July 30, 2020, Gloria emailed HERBERT. In the email, with the subject "Companies I need employee breakdown wages[,]" Gloria wrote, "I need it to show that none of them received $100K" and listed various companies, including "Ada Auto Group." Gloria then wrote, "I will send each one in separate emails[.]"

33. Later on or about that same day, Gloria emailed HERBERT with the subject "Ada Auto Group[,]" and attached the same documents purporting to be tax forms for ADA Auto Group that Gloria had submitted to Bank-1 three days earlier, and wrote, "Need [fourth quarter] payroll breakdown and [first quarter] 2020 payroll breakdown. Let me know the cost for the breakdown."

34. On or about August 6, 2020, HERBERT responded to Gloria. In the email, HERBERT attached five documents responsive to Gloria's prior email purporting to be ADA Auto Group's payroll reports. Later on or about that same day, Gloria supplemented the Application to Bank-1 by submitting these documents that were prepared by HERBERT. Again, all of these documents were materially false and fraudulent because Arena's company

Page 9 of 12

was not operating in the fourth quarter of 2019 or the first quarter of 2020, and was not reinstated until in and around May 2020.

35. The tax forms and payroll reports prepared by WILLIAMS and HERBERT, respectively, and submitted by Gloria on behalf of ADA Auto Group were also materially false and fraudulent in other ways. For example, these documents claimed that ADA Auto Group employed 50 people in 2019 with an annual payroll of more than $4.4 million. This was materially false and fraudulent because ADA Auto Group was not operating in 2019, and was not reinstated until in and around May 2020.

36. On or about August 10, 2020, Bank-1 emailed "arenaadam@yahoo.com." In the email, Bank-1 requested additional documentation for the loan, including wire instructions for the bank account where Bank-1 was to send the PPP loan proceeds. Bank-1 wrote that once it received the requested additional documentation, it would send loan documents to ARENA using a third-party electronic platform.

37. Later on or about that same day, from within the Western District of New York, Arena responded to Bank-1. In the email, Arena provided wire instructions for the bank account where Bank-1 was to send the PPP loan proceeds. Having reviewed these wire instructions, your affiant knows that Arena provided the bank account for ADA Auto Group's business account at Bank-2.

38. On or about August 13, 2020, from within the Western District of New York, Arena electronically signed and submitted the closing loan documents to Bank-1 using the instructed third-party electronic platform. These documents included a material certification that the PPP loan proceeds would be used for specified business-related purposes.

39. On or around August 14, 2020, having received the closing loan documents from Arena, Bank-1 transferred the PPP loan proceeds—approximately $954,000—to ADA Auto Group's business account at Bank-2.

40. Before ADA Auto Group's business account at Bank-2 received the PPP loan proceeds, the account had a balance of approximately $10,000. After the approximately $954,000 in PPP loan proceeds were transferred to this account, Arena conducted a series of financial transactions, including for his own personal benefit, for Gloria's benefit, and for the benefit of others, which was inconsistent with legitimate use of the loan proceeds.

### *Additional PPP Loans Fraudulently Obtained by the Co-Conspirators in the Western District of New York and Elsewhere*

41. Your affiant has reason to believe that from at least in and around May 2020 through at least in and around June 2021, WILLIAMS, HERBERT, or both, acted together with Gloria and with others, known and unknown, to prepare and submit at least 42 additional PPP fraudulent loan applications for at least 31 entities requesting a total of at least approximately $10.2 million in PPP funds. Like the loan applications for ADA Auto Group and Beyond the Next Level, many of these additional loan applications contain similar indicia of fraud, including false certifications and falsifying the number of employees and payroll expenses. The loan applications also attach false and fraudulent bank records, payroll documentation, as well as fabricated federal tax filings.

42. Once the PPP loans for these entities were funded, HERBERT received a portion of the fraudulently obtained loan proceeds as direct payments from the entities, totaling at least approximately $383,000.

43. Throughout this period, HERBERT shared the proceeds with co-conspirators including Gloria, to whom she transferred at least approximately $192,000.

## Conclusion

44. From at least in and around May 2020 through at least in and around June 2021, WILLIAMS and HERBERT, together with Gloria and others, known and unknown, engaged in a conspiracy to commit bank fraud by fraudulently obtaining PPP loans, and in doing so, defrauded financial institutions for the purpose of enriching themselves. In total, WILLIAMS, HERBERT, and Gloria worked together to prepare and submit a total of at least 44 fraudulent PPP loan applications seeking a total of approximately $11.5 million. Of that amount, they obtained a total of approximately $8.7 million, and, together and with others known and unknown, shared in the proceeds.

45. Wherefore, based upon the foregoing, your affiant respectfully submits that there is probable cause to believe that **BRANDIE S. WILLIAMS** and **BRITTANY L. HERBERT** have committed the Enumerated Offenses in the Criminal Complaint and for the Court to issue the requested arrest warrants for these individuals.

CHAD W. ARTRIP
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to telephonically
this 3rd day of May 2022.

HONORABLE MICHAEL J. ROEMER
United States Magistrate Judge
for the Western District of New York