### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO: 22-mj-99** |
| | : | |
| v. | : | |
| | : | |
| **BRITTANY L. HERBERT,** | : | |
| | : | |
| Defendant. | : | |

## MOTION TO DISMISS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves to dismiss this case for the reasons stated below.

1. On May 5, 2022, the defendant appeared before Magistrate Judge Meriweather in a Rule 5 removal proceeding. The defendant was ordered to appear in the demanding jurisdiction, the Western District of New York on May 12, 2022.

2. On March 13, 2022, the Pretrial Services Agency for the District of Columbia informed the Court and parties that the defendant reported to the U.S. District Court for the Western District of New York, as required, and her case is proceeding in that District Accordingly, the government moves the Court to dismiss this case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

/s/ *Frederick Yette*
Frederick Yette, D.C. Bar 385391
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7733
Frederick.Yette@usdoj.gov